IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MALCHOLM JEMAL HALE,           *
                               *
        Plaintiff,             *      CIVIL ACTION NO. 13-00462-CB-B
                               *
vs.                            *
                               *
CAROLYN W. COLVIN,             *
Commissioner of Social Security,*
                               *
        Defendant.             *


ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 27, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** this 18ᵗʰ day of February, 2015.


                        **s/**_Charles R. Butler, Jr._
                        **Senior United States District Judge**